

May 26, 2019

**VIA ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Oral argument is adjourned to June 3, 2019 at 2:00 p.m.
SO ORDERED.

SO ORDERED: 5/28/19

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 28 2019

Re: Letter Motion for Continuance of Forthcoming Hearing
*Natural Resources Defense Council, et al. v. Zinke, et al.*, 18-cv-6903 (AJN)

Dear Judge Nathan:

I am counsel for Plaintiffs in the above-referenced matter, which challenges the Department of the Interior's creation and maintenance of the International Wildlife Conservation Council. On May 23, 2019, the Court scheduled oral argument on Defendants' Motion to Dismiss for May 30, 2019. Plaintiffs respectfully request that the Court continue that hearing until at least June 3, 2019 due to the theft of counsel's personal belongings.

On May 25, 2019, the undersigned departed from Washington, D.C. to Zion National Park, via Las Vegas, Nevada. There, thieves forced entry into counsel's rental car and removed all of counsel's belongings and those of his travel companions, including counsel's laptop and other materials necessary to prepare for the May 30 hearing.

The undersigned, who had planned to appear at the argument, will not return to Washington, D.C. until the evening of May 28, 2019, and cannot access case-related material until that time. Plaintiffs' other counsel of record is out of the country and will not return until the week of June 10, 2019.

Accordingly, Plaintiffs respectfully request that the Court continue the May 30, 2019 hearing on Defendants' motion to dismiss until a date after June 2, 2019 that is available to the Court and the parties. (The undersigned further notes that he would be unavailable June 7, 2019 and June 11, 2019, due to additional, previously-planned travel.)

On May 25, 2019, counsel for Plaintiffs contacted counsel for Defendants regarding this motion; Defendants have not yet responded to Plaintiffs' communications.

Plaintiffs regret any inconvenience to the Court and counsel for Defendants.

Respectfully submitted,

*/s/ Travis J. Annatoyn*
Travis J. Annatoyn (*pro hac vice*)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
tannatoyn@democracyforward.org

*Counsel for Plaintiffs*