

October 11, 2019

By ECF
The Honorable Alison J. Nathan
United States District Court
500 Pearl Street
New York, NY 10007

    Re:    *Natural Resources Defense Council v. Bernhardt*, No. 18 Civ. 6903 (AJN)

Dear Judge Nathan:

    I write on behalf of all parties to request an adjournment *sine die* of the initial pretrial conference in this matter, which is scheduled for October 18, 2019 at 3:45pm.  ECF No. 61.  As ordered by the Court, the parties submitted a joint status report and a Proposed Civil Case Management Plan and Scheduling Order on October 11, 2019.  ECF No. 62.  As set forth in that filing, the parties largely agree on future proceedings in this Administrative Procedure Act case, which is amenable to resolution without discovery or other trial-type procedures.  The parties' sole point of disagreement—the deadline for lodging the administrative record and the subsequent briefing schedule—is described in full in their joint status report, and the parties believe that it is suitable for resolution without a hearing.  Accordingly, the parties respectfully submit that an initial pretrial conference may be unnecessary in this matter, and jointly request that the Court vacate the conference scheduled for October 18, 2019.

    Respectfully,

    /s/ Travis J. Annatoyn
    Travis J. Annatoyn

    Counsel for Plaintiffs