IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, CENTER FOR BIOLOGICAL DIVERSITY, HUMAN SOCIETY INTERNATIONAL, and HUMAN SOCIETY OF THE UNITED STATES,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the Interior, DEPARTMENT OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE, and AURELIA SKIPWITH, in her official capacity as Director of the U.S. Fish and Wildlife Service,<br><br>Defendants. | Case No. 18-cv-6903 (AJN)<br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss Pursuant to Rule 12(h)(3) and in Opposition to Plaintiffs' Motion for Summary Judgment, Declaration of Eric Alvarez, and Declaration of Douglas Hobbs, Defendants, by their attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing Plaintiffs' claims pursuant to Rule 12(h)(3) of the Federal Rules of Civil Procedure.

      PLEASE TAKE FURTHER NOTICE that pursuant to the Court's Order dated October 17, 2019, Dkt. No. 67, Plaintiffs' opposition to this motion (consolidated with their reply in support of their motion for summary judgment, Dkt. No. 73) is due on or before March 2, 2020, and Defendants' reply is due on or before March 17, 2020.

Dated: New York, New York
February 7, 2020

        GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By: /s/ Jennifer Jude
JENNIFER JUDE
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York  10007