```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 2 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Natural Resources Defense Council, *et al.*,

    Plaintiffs,

—v—

Department of the Interior, *et al.*,

    Defendants.

18-cv-6903 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On February 7, 2020, Defendants moved to dismiss this action for lack of jurisdiction. Dkt. No. 75. As of the date of this Order, Plaintiffs have not filed an Opposition. Any Opposition is due no later than March 9, 2020. If Plaintiffs do not file an Opposition by that date, the Court will deem the motion fully briefed.

SO ORDERED.

Dated: ~~February~~ March 2, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1