UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

NATURAL RESOURCES DEFENSE COUNCIL, CENTER FOR BIOLOGICAL DIVERSITY, HUMANE SOCIETY INTERNATIONAL, *and* HUMANE SOCIETY OF THE UNITED STATES,

*Plaintiffs*,

vs.

DAVID BERNHARDT, in his official capacity as Secretary of the Interior, DEPARTMENT OF THE INTERIOR, AURELIA SKIPWITH, in her official capacity as Director of the U.S. Fish and Wildlife Service, *and* U.S. FISH AND WILDLIFE SERVICE,

*Defendants*.

Case No. 18-CV-6903 (AJN)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 6 2020

## NOTICE OF CONSENT MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Accept Previously Filed Memorandum as an Opposition to Defendants' Motion to Dismiss, Plaintiffs hereby move this Court to accept Plaintiffs' March 2, 2020 filing in this matter, ECF No. 79, as an Opposition to Defendants' Motion to Dismiss, ECF Nos. 75, 76. Counsel for Defendants has represented that Defendants consent to this motion.

SO ORDERED

Dated: March 4, 2020.

SO ORDERED: 3/5/20

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/ Travis J. Annatoyn

Jeffrey B. Dubner
Travis J. Annatoyn
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 601-2483
jdubner@democracyforward.org
tannatoyn@democracyforward.org
*Attorneys for Plaintiffs*