**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
National Resource Defense Council, *et al.*,

                        Plaintiffs,

-against-                                    18 **CIVIL** 6903 (AJN)

                                                             **<u>JUDGMENT</u>**

Ryan Zinke, *in his official capacity as Secretary of the Interior*, *et al.*,

                        Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 28, 2020, Defendants' motion to dismiss is granted; accordingly, this case is closed.

**Dated:**  New York, New York
             September 28, 2020

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                  **Clerk of Court**
                **BY:**
                                                  _____
                                                    **Deputy Clerk**